| | |
|---|---|
| 1 | EUGENE T. FRANKLIN [SBN:124881] |
|   | BARBARA F. GREEN [SBN: 150320] |
| 2 | FRANKLIN EMPLOYMENT LAW GROUP |
|   | Attorneys At Law |
| 3 | 22762 Main Street |
|   | Hayward, California 94541 |
| 4 | Telephone: (510) 538-0969 |
|   | Facsimile: (510) 538-6502 |

Attorneys for Plaintiffs
JENNIFER PASCHAL
JOHN PASCHAL

JACKSON LEWIS LLP
DALE R. KUYKENDALL, SBN 148833
ALISON J. CUBRE, SBN 257834
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0401
Email: kuykendd@jacksonlewis.com
Email: cubrea@jacksonlewis.com

Attorneys For Defendant
ALEUT GLOBAL SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PASCHAL, JOHN PASCHAL, | CASE NO.: 2:11-CV-00452-GEB-GGH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| ALEUT GLOBAL SOLUTIONS, LLC, a Colorado Company, and Does 1-50, Inclusive, | Complaint Filed: February 17, 2011 Trial Date:    None Set |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that Initial Scheduling Conference scheduled for 9:00 a.m., June 13, 2011, be continued to 9:00 a.m. July 18, 2011 [or as soon thereafter as the court may set]. This continuance is requested because attorney Eugene T. Franklin is scheduled to be in trial in Santa Clara County on that date in the case of Angle v. Pro-Star Towing, Inc., [Case No.: 110CV169961). The Parties agree that this stipulation may be signed in counterparts.

Dated: May 2, 2011            FRANKLIN EMPLOYMENT LAW GROUP

                      /s/ Eugene T. Franklin
                By: _____
                      EUGENE T. FRANKLIN
                      Attorneys For Plaintiffs


Dated: May 3, 2011            JACKSON LEWIS LLP

                      /s/ Dale R. Kyukendall
                By: _____
                      DALE R. KUYKENDALL
                      Attorneys For Defendant
                      ALEUT GLOBAL SOLUTIONS, LLC

The Initial Scheduling Conference scheduled for June 13, 2011, is herewith continued to 9:00 a.m. July 18, 2011. A joint status report shall be filed fourteen days prior to the hearing.

Dated: May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**
**[CASE NO.: 2:11-CV-00452-GEB-GGH]**